C. EMANUEL SMITH
MARY JO O'NEILL
MICHELLE G. MARSHALL
RALPH E. CHAMNESS, UTAH STATE BAR #6511
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**PHOENIX DISTRICT OFFICE**
3300 NORTH CENTRAL AVENUE, SUITE 690
PHOENIX, ARIZONA  85012-9688
TELEPHONE: (602) 640-5020

FILED
-1 AUG 01 PM 1:31
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>Plaintiff,<br><br>vs.<br><br>LBW Investments, L.L.C., d/b/a JB's Family Restaurants; Summit Family Restaurants, Inc., a Delaware corporation, d/b/a JB's Family Restaurants; Santa Barbara Restaurant Group, Inc., a Delaware corporation, d/b/a JB's Family Restaurants; CKE Restaurants, Inc., a Delaware corporation, d/b/a JB's Family Restaurants,<br><br>Defendants. | 2:01-CV-00439C<br><br>**NOTICE OF DISMISSAL** |

COMES NOW the Plaintiff, Equal Employment Opportunity Commission

("EEOC"), prior to the service of an answer or other responsive pleading by the adverse



parties in this action, Santa Barbara Restaurant Group, d/b/a JB's Family Restaurants ("SBRG"), and CKE Restaurants, Inc., d/b/a JB's Family Restaurants, ("CKE") and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure provides notice that the EEOC is dismissing its pursuit of this matter against defendants SBRG and CKE without prejudice.

DATED this 30th day of July, 2001

        Respectfully submitted,

        C. EMANUEL SMITH
        Acting Regional Attorney

        MARY JO O'NEILL
        Supervisory Trial Attorney

        */s/ Michelle A. Marshall*
        MICHELLE G. MARSHALL
        Trial Attorney

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        Phoenix District Office
        3300 North Central Avenue
        Suite 690
        Phoenix, Arizona 85012
        (602) 640-5020

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 30th day of July, 2001, a complete, duplicate copy of the EEOC's Notice of Dismissal was mailed, first class, postage prepaid to:

Steven T. Waterman, Esq.
Ray Quinney & Nebeker
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Attorneys for Defendants
CKE Restaurants, Inc. and
Santa Barbara Restaurant Group, Inc.

Lois A. Baar, Esq.
Janove Baar Associates, L.C.
9 Exchange Place, Suite 900
Salt Lake City, Utah 84111
Attorneys for Defendant
LBW Investments, L.L.C.

_Linda A. Grierson_
Linda A. Grierson
Legal Technician